

Brian Pete
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

April 15, 2026

File No. 37986.9579

**VIA ECF**
Hon. Judge Joseph A. Marutollo
United States District Court
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
Marutollo_Chambers@nyed.uscourts.gov

   Re: *Alexander, et al v. MHF MGMT II, LLC et al*
     Case No.: 1:25-cv-03161

Dear Judge Marutollo,

We represent Defendants MHF 5th Ave LLC, MHF 79 LLC, MHF 86 LLC, MHF Catskill LLC, MHF Chester LLC, MHF Mgmt LLC, MHF Monticello LLC, MHF New Windsor LLC, MHF Pitkin LLC, MHF Ralph LLC, MHF Surf LLC, MHF Mgmt I, LLC and MHF Mgmt III, LLC (collectively "Entity Defendants") in the above-referenced matter. We write to inform Your Honor that Lewis Brisbois has been retained to represent Ashish Parikh, Amish Parikh, Sachin Shah, and Shashin Parikh ("collectively "Individual Defendants"). Lewis Brisbois will represent the Individual Defendants as this matter proceeds. (*See* ECF Nos. 31-33).

     Respectfully,

     /s/ *Brian Pete*

     Brian Pete of
     LEWIS BRISBOIS BISGAARD &
     SMITH LLP

BP

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

175115275.1